FILED
CLERK

AUG 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADRIANA Q. SUERO,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>        Defendant. | CASE NO. CV 06-7596-PA (AGR)<br><br>**JUDGMENT** |

In accordance with the Order Adopting Magistrate Judge's Report and Recommendation filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed.

DATED: August 17, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE